In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00480-CR
NO. 09-16-00481-CR
NO. 09-16-00482-CR
NO. 09-16-00483-CR
NO. 09-16-00484-CR

_____

**DESRICK WARREN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 163rd District Court
Orange County, Texas
Trial Cause Nos. B150167-R, B150170-R, B150173-R, B150191-R, and
B150194-R**

**MEMORANDUM OPINION**

On December 6, 2016, the trial court sentenced Desrick Warren in five cases
for the felony offenses of possession of a controlled substance, possession of
marijuana, and engaging in organized criminal activity. Warren filed a notice of
appeal on December 20, 2016. The trial court signed a certification in which the

court certified that these are plea-bargain cases and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On December 20, 2016, we notified the parties that we would dismiss the appeals unless the appellant established grounds for continuing the appeals. No responses have been filed. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeals. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeals.

APPEALS DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on January 24, 2017
Opinion Delivered January 25, 2017
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2